**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6258**

CHARLES WILLIAM KING, III,

        Plaintiff - Appellant,

    v.

DETECTIVE TODD STROHMAN,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:15-cv-02642-WMN)

Submitted:  August 2, 2016      Decided:  September 1, 2016

Before WILKINSON, SHEDD, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles William King, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles William King, III, seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2012) action without prejudice for failure to comply with a court order. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on November 24, 2015. The notice of appeal was filed on February 19, 2016. Because King failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2